| | | | |
|---|---|---|---|
| AUSA: | Erin Ramamurthy | Telephone: | (313) 226-9100 |
| Task Force Officer: | Paul Kline | Telephone: | (313) 234-4000 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Walter Lynne Butler

Case No. Case: 2:23−mj−30163
Assigned To : Unassigned
Assign. Date : 4/19/2023
CMP USA V BUTLER (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 3, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute controlled substances |
| 18 U.S.C. § 924(c) | Possession of firearms in furtherance of a drug trafficking offense |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Paul Kline, Task Force Officer (DEA)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 19, 2023__

_Judge's signature_

City and state: __Detroit, Michigan__   Hon. Anthony P. Patti, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Task Force Officer Paul Kline, have been duly sworn, state as follows:

## INTRODUCTION AND OFFICER BACKGROUND

1. I am a Task Force Officer (TFO) assigned to the United States Drug Enforcement Administration (DEA), having been sworn as such since March 2021. I am employed by the Romulus Police Department and have been since July 2001. Prior to the Romulus Police, I was employed by the United States military and served in the Army from July 1997 to July 2000.

2. I have participated in many investigations involving the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds. I have attended schools and have been instructed in many aspects of narcotic investigations and I am familiar with the laws constructed under Title 21 of the United States Code.

3. The facts contained in this affidavit are based on my review of information provided to me by other law enforcement agents, witnesses, and individuals with knowledge of this matter as well as my investigation and review of records and documents. The information provided below is for the limited purpose of obtaining the requested criminal complaint and does not contain all details or all facts of which I am aware of involving this investigation.

4. This affidavit is made in support of an application for a criminal complaint and warrant to arrest Walter Lynne BUTLER, Date of Birth: XX/XX/1980, for evidence of violations of Title 21, United States Code, Section 841(a)(1), possession with intent to distribute illegal narcotics, and Title 18, United States Code, Section 924(c), possession of firearms in furtherance of a drug trafficking offense.

## SUMMARY OF INVESTIGATION

5. In August of 2022, I received an anonymous tip about illegal narcotic sales being orchestrated by Walter BUTLER at a multi-family dwelling addressed at 68** Waynecourse Street and 68** Waynecourse Street, Romulus, MI 48174 ("Wayencourse Residence"). I have had numerous contacts with BUTLER at this address while working road patrol with the city of Romulus for the last 20 years.

6. During this investigation, I have conducted physical surveillance and utilized electronic surveillance to gather information about the activities at the Wayencourse Residence from August 2022 through February 2023. During this time, I observed BUTLER engage in numerous hand-to-hand narcotic transactions with individuals visiting the Wayencourse Residence. I also observed a large volume of vehicles coming and going from the Wayencourse Residence during this time.

7.  On multiple occasions between August 2022 and February 2023, through physical surveillance or by reviewing electronic surveillance, I observed BUTLER making hand to hand narcotic transactions utilizing three main vehicles parked at the Wayencourse Residence: a maroon Ford Excursion, a silver Cadillac Escalade, and a silver GMC Conversion van.

8.  On February 3, 2023, DEA Detroit Group 7 and Romulus Police Department executed a state search warrant at 68** Waynecourse Street and 68** Waynecourse Street, Romulus, MI 48174. Officers conducted a "Knock and Announce" with no response. Officers then entered the 68** Waynecourse Street residence while announcing their presence.

9.  Officers entered the house and detained two black females, subsequently identified as BUTLER's relative and her four-year-old niece. Officers ordered them both out of the northwest bedroom.

10.  Once the residence was secured, officers advised BUTLER's relative that they were executing a search warrant of the home and all vehicles located on the property. BUTLER's relative told officers that her bedroom was the northwest bedroom and that BUTLER's bedroom was directly east across from her bedroom.

11.  Officers found the following items inside the northeast master bedroom:

- One Slapwood cigar pouch containing 26 grams of M30 suspected fentanyl pills and 38 grams of M367 suspected

3

> hydrocodone pills located in the south TV stand dresser drawer.
>
> - One silver Gerstenberger U Eberwein Gussenstadt revolver, .22 caliber, reported stolen, located in the east dresser drawer of the master bedroom.
>
> - One Browning, 12-gauge shotgun, located in the closet.
>
> - One Marlin, .22 caliber rifle located in the closet.
>
> - Winchester 9mm ammunition located on the east dresser.
>
> - Two boxes of 12-gauge ammunition located on the east dresser.
>
> - One box of 38 caliber ammunition located on the east dresser.
>
> - One silver "Brass Knuckles" located on the east dresser.
>
> - $367 dollars in US currency located in the south tv stand dresser drawer.

12. In the northeast master bedroom, Officers also observed male clothing, male tennis shoes, hats, and a Romulus Police Department citation with Walter BUTLER's name on it. Officers further observed a photograph of BUTLER and his girlfriend in a picture frame sitting on an end table next to the bed.

13. Officers also searched the maroon Ford Excursion located on the property and found:

> - One Glock, model 43, 9mm pistol, reported stolen, loaded with six rounds, located in the center console.
>
> - One Glock, model 43, 9mm pistol, unregistered, loaded with five rounds, located in the center console.

4

- One clear Glock magazine loaded with 7 rounds located in the center console.

- One Slapwood cigar pouch, containing 112 grams of blue M30 pills, located in the center console.

- One pill bottle containing 22 grams of white suspected hydrocodone pills located in the center console.

- A plastic baggie containing miscellaneous M30 suspected fentanyl pills and white suspected hydrocodone pills, located in the center console.

14. Officers found the two loaded Glock pistols in the same part of the car—the center console—as the suspected narcotics.

15. Testing by the Michigan State Police (MSP) Forensic Science Division confirmed that while the blue M30 pills found in the cigar pouch in the center console of the Ford Excursion have markings consistent with a pharmaceutical preparation containing oxycodone, the pills tested positive for the presence of fentanyl.

16. Testing by the MSP Forensic Science Division also confirmed that the M367 pills found in the south TV stand dresser drawer in the northeast master bedroom tested positive for hydrocodone.

## CONCLUSION

17. Based on the above-described information, there is probable cause to believe that on February 3, 2023, Walter Lynne BUTLER possessed with intent to

5

distribute fentanyl and hydrocodone pills, both Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1), and possessed firearms in furtherance of his drug trafficking activity, in violation of 18 U.S.C. § 924(c).

                                            Respectfully submitted,

                                            _____
                                            Paul Kline, Task Force Officer
                                            Drug Enforcement Administration

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Dated: April 19, 2023

6