UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 23-mj-30163
Hon. Matthew F. Leitman

WALTER BUTLER,

    Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION FOR REASONABLE BOND (ECF No. 9)

On April 25, 2023, the Court held a hearing on Defendant Walter Butler's Motion for Reasonable Bond (ECF No. 9). For the reasons explained on the record during that hearing, the motion is **DENIED.**

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 25, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 25, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1